| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>ANDERSON, III, ROBERT L. | 2. Court or Organization<br><br>11TH CIR. COURT OF APPEALS | 3. Date of Report<br><br>01/11/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. CIRCUIT JUDGE (senior) | 5a. Report Type (check appropriate type)<br>☐ Nomination      Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>56 Forsyth Street, N.W.<br>Atlanta, GA 30303 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | FELLOW | AMERICAN BAR FOUNDATION |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 11/7/07 | R. Lanier Anderson, III/Chas. Schwab & Co. Cust/ IRA rollover |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 01/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| ANDERSON, III, ROBERT L. | 01/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 01/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank - checking account | A | Interest | J | T | | | | | |
| 2. Exxon (common) | A | Dividend | K | T | | | | | |
| 3. SunTrust Bank (common) | A | Dividend | K | T | | | | | |
| 4. TIAA-CREF Traditional Bond Fund (TIAA1) | C | Dividend | L | T | | | | | |
| 5. TIAA-CREF Stock Fund (QCSTRX) | C | Dividend | K | T | | | | | |
| 6. House and lot, Macon-Bibb County, GA | D | Rent | M | W | | | | | |
| 7. SunTrust Bank (common) | A | Dividend | J | T | | | | | |
| 8. I shares Russell 1000 Index | A | Dividend | J | T | | | | | |
| 9. I shares Russell 2000 Value | A | Dividend | K | T | | | | | |
| 10. I shares Russell 2000 Index | A | Dividend | K | T | | | | | |
| 11. I shares Russell 1000 Index | A | Dividend | J | T | | | | | |
| 12. I shares Russell 2000 Value | A | Dividend | J | T | | | | | |
| 13. I shares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 14. I shares Russell 1000 Index (IRA) | | | | | Sold | 08/26/15 | J | A | |
| 15. I shares Russell 1000 Index (IRA) (N) | | | | | Sold | 11/16/15 | J | A | |
| 16. I shares Russell 2000 Index (IRA) (H) | A | Dividend | J | T | | | | | |
| 17. Genworth Life Ins. Co (whole life) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 01/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   SunTrust Bank - money market | A | Interest | L | T | | | | | |
| 19.   H (RLA/CHARLES SCHWAB CUST IRA ROLLOVER) | | | | | | | | | See Part VIII |
| 20.   Schwab US Treas. Money Fund | A | Interest | J | T | | | | | |
| 21.   Investco Balanced Risk Fund | A | Dividend | K | T | | | | | |
| 22.   Alpha Oppor Growth Fund | A | Dividend | | | Sold | 08/12/15 | J | A | |
| 23.   Goldman Sachs Satelite Shategres Port (GXSIX) | A | Dividend | K | T | | | | | |
| 24.   Goldman Sachs Strategic Inc. Fund | B | Dividend | K | T | | | | | |
| 25.   Goldman Sachs Rising Dev. Growth Fund (GXRLX) | A | Dividend | J | T | | | | | |
| 26.   iShares Core S&P Index | A | Dividend | K | T | | | | | |
| 27.   Vanguard (VEA) | A | Dividend | K | T | | | | | |
| 28.   Vanguard (VOE) | A | Dividend | J | T | | | | | |
| 29.   Blackrock Strat. Inc. Opportunity Port Instl. | A | Dividend | J | T | | | | | |
| 30.   Vanguard Bond Index Fund Intermed. Term Bond (BIV) | B | Dividend | K | T | | | | | |
| 31.   AQR Style Premia ALT (QSPIX) | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 32.   H (RLA SCHWAB INDIVIDUAL ACCOUNT) | | | | | | | | | See Part VIII |
| 33.   Schwab US Treas Money Fund | A | Interest | J | T | | | | | |
| 34.   Alpha Oppor Growth Fund | A | Dividend | | | Sold | 08/12/15 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 01/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Goldman Sachs Rising Div. Fund. (GSRLX) | A | Dividend | K | T | | | | | |
| 36. Goldman Sachs Satelite Strategies Port (GXSIX) | A | Dividend | M | T | Sold (part) | 12/31/15 | K | A | |
| 37. Investco Bal Risk | A | Dividend | J | T | | | | | |
| 38. iShares Core S&P (IVV) | A | Dividend | J | T | | | | | |
| 39. iShares Russell 2000 (IWM) | A | Dividend | J | T | | | | | |
| 40. Vanguard ETF (VEA) | A | Dividend | J | T | | | | | |
| 41. Vanguard Mid-Cap Growth (VOT) | A | Dividend | J | T | | | | | |
| 42. AQR Style Premia ALT (QSPIX) | B | Dividend | L | T | Buy | 08/13/15 | L | | |
| 43. H (ADDITIONAL STIFEL ASSETS) | | | | | | | | | See Part VIII |
| 44. Vanguard Appreciation | B | Dividend | L | T | | | | | |
| 45. Suntrust Banks, Inc. Pfd Series 5.875% (RLA) | A | Dividend | J | T | | | | | |
| 46. Suntrust Banks, Inc. Pfd Series 5.875% | A | Dividend | J | T | | | | | |
| 47. Loomis Sayles Strategic Fund (H) | B | Dividend | L | T | | | | | |
| 48. Osterweis Srategic Fund (IRA-H) | C | Dividend | L | T | Buy | | L | | See note Part VIII |
| 49. Osterweis Strategic Fund (IRA-W) | B | Dividend | K | T | Buy | | K | | See note Part VIII |
| 50. Alfa Opportunistic Alter. CL 1 (IRA-W) | A | Dividend | J | T | | | | | |
| 51. Invesco Balanced Risk Alloc. CL Y (IRA-W) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 01/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 18, is simply a heading to disclose that the following lines (lines 19-30) describe holdings or transactiosn in RLA Schwab IRA Rollover during 2015

Part VII. line 31 is simply a heading to disclose that the following lines (lines 32-41) describe holdings or transations in the RLA Schwab individual account during 2015

Part VII line 42 , is simply a heading to disclose that lines 43-50 describe holdings that were either already in or added to RLA  Sterne-Agee brokerage accounts. Other holdings in those accounts were reported on early lines of Part VII.

Part VII line 42 is simply a heading and it reflects that broker, Sterne-Agee, has been taken over by Stifel.

Part VII line 47:  My IRA bought this Osterweis Fund on 9/10/14.  It was omitted from my 2014 Disclosure Report by mistake.  My telephone call to the AO suggested I report it this way.

Part VII, line 48: Bought this Osterweist Fund on 9/10/14.  It was omitted from my 2014 Disclosure Report by mistake.  My telephone call to the AO suggested I report it this way.

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 01/11/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT L. ANDERSON, III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544